SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
737 Tehama Street, No. 3
San Francisco, Ca. 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannon.com

Attorneys for Defendant
    DEANTAE KENNEDYPALMER

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 19-0043 YGR |
|     Plaintiff, | ) |
| v. | ) |
| DEANTAE KENNEDYPALMER, | ) DATE: December 9, 2020 |
|     Defendant. | ) TIME: 2:00 p.m. |

**ORDER GRANTING**
**STIPULATION TO CONTINUE HEARING ON ELIGIBILITY FOR ATIP**

At the hearing for the entry of Deantae KennedyPalmer's plea and sentencing, this Court accepted his guilty plea and referred him for an evaluation of his eligibility for the Court's ATIP program. The Court set the next appearance for a report on eligibility for December 9, 2020.

Pretrial Services Officer Truong informed both counsel by email that additional time was necessary for Pretrial Services to complete the evaluation and report to the Court. Both counsel agreed to continue the next court hearing. Ms. Truong contacted this Court's clerk and was advised that January 11, 2021 at 2:00 p.m. is available for that hearing, and that date and time is agreeable to both counsel and Ms. Truong.

STIPULATION TO CONTINUE REPORT ON ATIP
CR 19-0043 YGR

1

The parties STIPULATE to vacate the hearing now set for December 9, 2020 and to continue that hearing to January 11, 2021 at 2:00 p.m.

So Stipulated.

DATED: December 3, 2020                              /s/
                                                  Sloan Heffron
                                                  Assistant United States Attorney


DATED: December 3, 2020                              /s/
                                                  Scott A. Sugarman
                                                  Attorney for Defendant
                                                      Deantae KennedyPalmer


IT IS SO ORDERED.

DATED: 12/3/2020

                                                  HON. YVONNE GONZALEZ ROGERS
                                                  United States District Judge